THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2025

JEFFREY P. COLWELL
CLERK

Plaintiff, DaiQuari D. Thompson.

v.

Defendant, Abraham Caneo, Jessica Morris, Joseph Wiley, and Debbie

---

Comes Now, DaiQuari Dallayd Thompson, CDOC No. #192083 To Conduct Business against above named defendants. In this Honorable United States District Court for the District of Colorado. Plaintiff brings this Civil Action against said Defendants for the violations of said Plaintiff's U.S. Constitutional Rights Violations Bill of Rights, Both Federal and State of Colorado.

On, the dates of, December 16th 2024 through January 16th 2025 Plaintiff was Defrauded of his Personal financial device. Which were Legally payed for with his Hard earned money. And can be verified through, Securus Phone calls to defendants Jessica Morris and Debbie May as well as emails and icloud.

①

That this Plaintiff owned said finacial device for his business, to support his family, wife, children, himself, and others...

   Plaintiff herein will explain the exact violations caused by Defendants...

   While trying to bond out of Denver County Jail (I) Da'Quari Dailey'd Thompson D.O.B 11/24/1995 lawfully and knowingly gave out critical information to someone i'd call a brother Abraham Caneo AKA "Lil-Twist" and his common-law married wife Jessica Morris, for the common good of our freedom. After approximetly a week of my family struggling to cash out my Bitcoin I came to the conclusion to ask for help. Originally I was going to bond out Abraham before or on his birthday of 2024. Within that week of his birthday (sometime early December) was around the time I first talked to Jessica from the recorded line on Caneo's behalf. She insured to me she had a Coinbase account and knew how Bitcoin was processed. Prior to me going to jail I had lost my wallet and needed an I.D Card to finish setting up all of the crypto wallet apps I had downloaded, (•Binance, •Coinbase, •Wallet, •NFT, •BDB or DBD, ect ) All on my wifes [Latoya mar'Quita Marie Thompson D.O.B 10/30/1983] Iphone 12 Pro Max, who at the time was wrongfully detained on a parole violation sitting in La Vista Correctional facility approximitly six months pregnant with our second daughter. So with the idea of getting genuine help I told my Auntie Ikieko Brewer to meet up with Jessica and give her all of my property I had released to her; my backpack containing my original marriage licence, newest Ipad with keyboard, wifes Iphone 12 Pro Max, and some jewlery, my wifes ring that was cut off of her finger while at La Vista, three of my rings and two necklesses. A small black address book and a large drawing pad I was using for my consultant work and business logins. Prior to the exchange about to happen I made a phone call to Ikieko Brewer (720-301-7449) and ask "how many Bitcoin do I have saved up." Between the three main apps I use <u>•Gomining</u> <u>•Bitcoin mining</u>

and •Bitcoin Idle Tycoon I vividly recall trying to explain how the apps work and how to encrypt the Bitcoin into a wallet. Asking "do you see the Orange coin at the top of the screen"? Between •Bitcoin mining and •Bitcoin Idle Tycoon after hearing "yes" I vividly remember saying "Click on it" than I ask the golden egg question, "how many do I have"? In the first app I had about "39" Bitcoins, I rejoiced to the answer as I was more than aware of the value of Bitcoin that month as well of how many I had saved up using the other app. After I ask for her to check the other app she responds "100". Now having a rough childhood didn't stop me from having a adequitly fair Principle Centered Paradigm. So knowing I could help more than my family was exciting for a youngman who's came from Proverty. During my first conversation with Jessica I expressed my gratituide and appreciation by offering a lifetime of loyalty to compliment my friendship and the # free funds i've promised. After several days of no progress by someone who knows what they're doing I start to feel the sence of betryal. I remember telling Ms. Morris "I pray she knows her worth as a mother, as I would hate for her son to be effected by her decisions." After some small talk she tells me thanks for the encouragment and still denies being accessed my money. I also tell her i've invested in other resources and could pay her back if she could bond me out. She than makes the statement "I could pay your dollar bond". I even have the sence of humor to laugh and say, "I'd appreciate that much help alone". To none other- the bond doesn't get paid by the defendant. I later on call my wife's attorney to check on her and even ask "how would I go about a law suit"? Her attorney being Trent Manina -303-594-1448. After my wife is released 02-13-2025 she couldn't login to any of our emails which set the alarm off for the final time. Leaving me no other option, I am now taking llegal actions to suare what's rightfully mine. My wife texted Jessica 02-22-2025 and has yet to get the Passwords to our e-mails or

③

our Property from Abraham's Play Sister Debbie May who is the last known defendant to have our stuff. Debbie's last known address is 970 North Grant Street Denver, Colorado 80203 Apt #711 Phone numbers (720-849-7745 & 720-657-0477)

Other resources i've invested in are Affiliate Marketing
- Warriors Plus  ○ 7 Day  ○ A.I Tech

Which I would of made $1,000 a day plus Commissions. Only coming after Parties involved with theft.

- Abraham Caneo (Lil-Twist) 24-L (Bunk) 4-H (Pod)
- Jessica Morris ~~~~~ 719-491-3517

  Most calls to Jessica were made from 2L (Brian C) Tablet his PIN = #689744 or #698744

Joseph Wiley (Hoya) 29-L (Bunk) 4-H Pod helped Abraham Caneo and Paid his bond with my money. Debbie Currently has my financial device and Property and will not give it to my wife.

---

Our T-mobile Account

My # 720-691-5814  ○ wife # 720-271-6930 (E-sim)

Wife's ICloud - wife's Email cateyanelson1030@Gmail.com

My Email - DaQuariThompson04@Gmail.com


Date 04/22/2025       Signture x *DaQuari D. Thompson*
DaQuari Dalloyd Thompson       "Without Prejudice UCC 1-308.4"

